IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHEAL DON KELLEY,
aka MICHAEL DON KELLEY,

    Plaintiff,

v.

THE OREGON DEPARTMENT
OF JUSTICE, et al.,

    Defendants.

Case No. 6:17-cv-01723-AC

ORDER

ACOSTA, Magistrate Judge.

The Court GRANTS Plaintiff's Motion to Dismiss Formal Criminal Complaint (ECF No. 4). This action is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 7th day of November, 2017.

                                John V. Acosta
                                United States Magistrate Judge

1 - ORDER -